■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIZLON THOMPSON, Appellant. [667 NYS2d 243] —Judgment, Supreme Court, Bronx County (John Byrne, J., at plea; Gerald Sheindlin, J., at sentence), rendered August 9, 1995, convicting defendant of attempted burglary in the first degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

Defendant's challenges to his enhanced sentence are unpreserved and, in any event, without merit. The court properly imposed a sentence greater than that originally promised since defendant violated the conditions of the plea agreement (*see, People v Berdecia*, 223 AD2d 444, *lv denied* 88 NY2d 1019; *People v Dremeguila*, 166 AD2d 196, *lv denied* 76 NY2d 1020). Furthermore, the sentencing court was entitled to enhance defendant's sentence without first giving him an opportunity to withdraw his plea (*see, People v Murello*, 39 NY2d 879). We do

not perceive the enhancement of the sentence to be an abuse of discretion or the sentence itself to be unduly harsh. Concur—Milonas, J. P., Mazzarelli, Andrias and Colabella, JJ.